**Maryann Yelnosky, OSB No. 863200**
maryann@arboremploymentlaw.com
**Francis T. Barnwell, OSB No. 841623**
fran@arboremploymentlaw.com
Arbor Employment Law
200 SW Market Street, Suite 900
Portland, OR 97201
503-832-7075/Telephone

    Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **JEFFERSON LOA, M.D.,** an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>**SALEM HEALTH HOSPITALS & CLINICS,** an Oregon nonprofit corporation, and **SALEM HEALTH**, an Oregon nonprofit corporation,<br><br>    Defendants. | Case No. 6:22-cv-01777-AA<br><br>**JOINT MOTION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES** |

### CERTIFICATE PURSUANT TO LR 7-1

    Pursuant to Local Rule 7-1, counsel for the Parties have conferred regarding the subject of this motion and jointly agree to it.

/ / /

/ / /

Page 1    **JOINT MOTION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES**

## MOTION

### GOOD CAUSE WHY DEADLINES SHOULD BE MODIFIED

The Parties have conferred and respectfully jointly move this Court for an order modifying pre-trial deadlines as set forth below to allow the parties to complete discovery and proceed with dispositive motions.

### EFFECTIVE USE OF PRIOR TIME

On both November 4, 2022, and November 8, 2023, the Parties participated in two different mediations, first with Judge Maurer, and then with Judge Rasmussen. Judge Rasmussen has continued to work with the Parties. Counsel have conferred and acknowledge that if the case is not resolved, they will need to extend the current deadlines in this case. Therefore, counsel propose the following extended deadlines.

### PROPOSED EXTENDED DEADLINES

| Description of Deadline | Date |
| --- | --- |
| Completion of fact discovery | Wednesday, July 31, 2024 |
| Expert disclosures due | 60 days after ruling on dispositive motions |
| File all dispositive motions | Wednesday, October 30, 2024 |
| ADR deadline | 30 days after ruling on dispositive motions |
| Counter designations of experts | 30 days after ruling on dispositive motions |

### IMPACT OF PROPOSED EXTENSION ON EXISTING DEADLINES

This motion is not made for the purposes of delay and is the result of the parties continuing efforts to resolve the case. If the case continues and is not resolved on summary judgment, or resolved by the ADR deadline, then the parties will ask the Court to set a pre-trial conference to set trial dates and additional deadlines.

/ / /

Page 2   **JOINT MOTION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES**

## CONCLUSION

WHEREFORE, the Parties respectfully request that this Court grant their Joint Motion to Extend Discovery and Pre-Trial Deadlines Pursuant to Local Rule 16-3 and enter an order modifying the deadlines as set forth above.

DATED: January 8, 2024.

| | |
|---|---|
| HAGLUND KELLEY LLP | ARBOR EMPLOYMENT LAW, PC |
| By *s/Matthew Malmsheimer*<br>   Matthew E. Malmsheimer, OSB #033847<br>   mmalmsheimer@hk-law.com<br>   503-225-0777/Telephone<br>   Attorney for Plaintiff | By *s/Maryann Yelnosky*<br>   Maryann Yelnosky, OSB #863200<br>   maryann@arboremploymentlaw.com<br>   971-357-2417/Telephone<br>   Attorney for Defendant |

Page 3   **JOINT MOTION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2023, I served the foregoing **JOINT MOTION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES** on:

> Christopher Lundberg
> Matthew E. Malmsheimer
> Haglund Kelley LLP
> 2177 S.W. Broadway
> Portland, OR 97201

☑     by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐     by **mailing** a true and correct copy to the last known address of each person listed. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐     by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed. It was contained in a sealed envelope and addressed as stated above.

☐     by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed. It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

☐     by **faxing** a true and correct copy to the last known facsimile number of each person listed, with confirmation of delivery. It was addressed as stated above.

☐     by **emailing** a true and correct copy to the last known email address of each person listed, with confirmation of delivery.

> s/*Maryann Yelnosky*
> Maryann Yelnosky, OSB No. 863200
> Ryan Gibson, OSB No. 073873
> Francis T. Barnwell, OSB No. 841623
>
> *Attorneys for Defendant*